JS - 6

# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY HASKETT, | CASE NO. CV 92-6192-GAF |
| Petitioner, | **DEATH PENALTY** |
| v. | |
| R. K. WONG, Acting Warden of California State Prison at San Quentin, | JUDGMENT |
| Respondent. | |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** for the reasons set forth in this Court's Memorandum and Order Granting Federal Habeas Relief on Claims 26, 38A,C,D,F,O, and P, and Denying Relief on Claims 37, 38B,E,G,H,I,J,K,L,M,N,Q,R,S,T,U,V,W,X,Y, and Z, and 39 that the First Amended Petition for Writ of Habeas Corpus is **CONDITIONALLY GRANTED IN PART**, as follows:

The First Amended Petition for Writ of Habeas Corpus as to the sentence of death in the case of <u>People v. Randy Haskett</u>, Case No. A-614862, of the California Superior Court for the County of Los Angeles, is hereby **GRANTED**.  The sentence of death shall be **VACATED**.

1

CC: SEE G-75 ATTACHED

**IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty phase trial, or vacate the death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

IT IS SO ORDERED.

Dated:   June 5, 2009

_____
GARY A. FEESS
United States District Judge

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | | | |
|---|---|---|---|
| ☐ | ADR | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | |
| ☐ | Federal Public Defender – Los Angeles | | |
| ☐ | Fiscal Section | | |
| ☐ | Intake Section, Criminal LA | | |
| ☐ | Intake Section, Criminal SA | | |
| ☐ | Intake Supervisor, Civil | | |
| ☐ | MDL Panel | | |
| ☐ | Ninth Circuit Court of Appeal | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | |
| ☐ | PSA - Los Angeles (PSALA) | | |
| ☐ | PSA - Riverside (PSAED) | | |
| ☐ | PSA - Santa Ana (PSASA) | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | |
| ☐ | Statistics Clerk | | |

☐ *ADD NEW NOTICE PARTY* **(if sending by fax, mailing address must also be provided)**

Name: _____

Firm: _____

Address (*include suite or floor*): _____

_____

_____

*E-mail: _____

*Fax No.: _____

* For CIVIL cases only

```
     Add New Party Notice
```

**Initials of Deputy Clerk** _____